GRANTED: ✓ DENIED: ______
IT IS SO ORDERED

[signature]
U.S. DISTRICT JUDGE
5 May 2005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 96 CR0367 |
| Plaintiff | ) | Judge John M. Manos |
| -vs- | ) | |
| Scot Baily, | ) | DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE AND WARRANT FOR ARREST |
| Defendant | ) | |

Now comes the Defendant, Scot Baily, by and through counsel, Jaime P. Serrat, and hereby move this Honorable Court to Terminate Supervised Release and Warrant for Arrest of the Defendant, Scot Baily. The reasons are more fully explained in the brief attached hereto and incorporated herein by reference.

Respectfully submitted,

/S/Jaime P. Serrat
JAIME P. SERRAT, #031660
ATTORNEY AT LAW
ATTORNEY FOR DEFENDANT
1370 ONTARIO STREET
2000 STANDARD BUILDING
CLEVELAND, OH 44113
(216) 696-2151